IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ZOSTAVAX (ZOSTER VACCINE LIVE) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2848 |
| | : | |
| | : | |
| | : | |
| | : | |
| THIS DOCUMENT RELATES TO: | : | |
| | : | |
| 1189 Actions Listed in Appendix A to Pretrial Order No. 458 | : | |
| | : | |
| | : | |
| | : | |
| | : | |

PRETRIAL ORDER NO. 458

AND NOW, this 6th day of December, 2022, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that the motion of defendants to dismiss the Group A cases (Doc. # 1082) identified in Appendix A to this Order is GRANTED.

BY THE COURT:


/s/ Harvey Bartle III
                                                    J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ZOSTAVAX (ZOSTER VACCINE | : | MDL NO. 2848 |
| LIVE) PRODUCTS LIABILITY | : | |
| LITIGATION | : | |
| _____ | : | _____ |

APPENDIX A TO PRETRIAL ORDER NO. 458

| | |
|---|---|
| Mariana Abarta v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05095 | Kathryn Kershner v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00585 |
| Loretta Abbo v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20200 | Phyllis Kidney v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20227 |
| Tina Ackerly v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20031 | Linda Kincaid v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02218 |
| Gloria Adams v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03869 | Virginia Kinchen v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20082 |
| Jo Ann Adams v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04401 | Anita King v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04049 |
| Leslie Adams v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06576 | William King v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03811 |
| Sandra Gayle Adkins v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00015 | Nancy Kirkpatrick v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04418 |
| Diane Aitken v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03932 | Bertha Kirsch v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20283 |
| Joan Akins v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20254 | Sharon Klutchko v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20304 |

Toni Albano v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20039

Margaret Albisano v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20046

Janice Alexander v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02990

Charles Allen v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05986

Ruth Allen v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01718

Robert Allender v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04690

Doretta Allison v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00002

Guadalupe Alvarez v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20055

Beverly Alvey v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-02549

Patricia Ames v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00955

Dale Anderson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20049

Ethelyn Anderson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20171

Jason Knierim, Individually and as the Personal Representative of the Estate of Patricia Knierim v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20301

Keith Koestner v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00220

Clara Kohlman v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05686

Elizabeth Koski v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-02626

Sharon Kostenbader v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20116

Matthew Kresge v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01559

John Kruczek v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20157

Virginia Kruczek v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05613

Coleen Kuehner v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05635

Tony Kupser v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20168

Geraldine Kyle v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05167

Knoble Anderson v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01519

Linda Anderson v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03535

Linda Anderson v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03552

John Andrea v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20185

Nadine Andres v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20297

Dana Andrews v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04859

Jacqueline Andrews v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05614

Joseph Anemone v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20186

Irene Anrode v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20115

Judith Antanavica v. Merck & Co., Inc., et al., Civil Action No. 2:22-cv-01678

Linda Arch v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20126

Delia Archuleta v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00611

Linda Lafave v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04503

Fabiola Lagrimas v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03940

Sylvia Laguerra v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20003

Linda Lail v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06172

Dorthy Lain v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-00691

Patricia Lakin v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04853

Donald Lambert v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05860

Gwynne Lambert v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20243

Peggy Lambert v. Merck & Co., Inc., et al., Civil Action No. 2:22-cv-00058

Cheryl Lamparella v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20230

Delores Landers v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05663

Frances Lane v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20239

| | |
|---|---|
| Doreen Arena v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04770 | James Laprairie v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03288 |
| Theresa Armstead v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20118 | Judy Laratta v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20076 |
| Selma Arnold v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03333 | James Larkner v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20054 |
| Jimmy Arrington v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00259 | Judy Larose v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04656 |
| James Atherton v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06555 | Susan Larson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04601 |
| Doris Atkins v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03361 | Helen Lauters v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20083 |
| Lorna Atkinson v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04276 | Irene Lawrence v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01560 |
| Deborah Augenti v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20160 | Susan Layton v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03673 |
| Jo Autin v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20019 | Rosa Le Roy v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03428 |
| Annette Avila v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01520 | Roslynn League v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-5530 |
| Ellen Ayers v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04698 | Colleen Leahy v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01561 |
| Patricia Ayers v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05627 | Joann Leavitt v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20285 |

| | |
|---|---|
| Robert Bach v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04592 | Dennis Lee v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04815 |
| Glenda Edwards, as the Personal Representative and Executor of the Estate of Esther Bader v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20187 | Etta Lee v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20048 |
| David Bailey v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01884 | Melanie Lee v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00411 |
| Joan Bailey v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04180 | Paula Lee v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05826 |
| Bilinda Ray Baker v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02976 | Paulette Lee v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05611 |
| Lillie Baker v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20075 | Reginald Lee v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20334 |
| Nina Baker v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20124 | Mary Lemarr v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00462 |
| Nannette Bakko v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04762 | Danny Lemoine v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20199 |
| Stanley Baldwin v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03384 | Brenda Lemons v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06243 |
| David Bales v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03330 | Marjorie Lemster v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03704 |
| Antoinette Bambas v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04246 | Frank Lesher v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05697 |
| | Ann Levinson v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20249 |

| | |
|---|---|
| Barbara Barber v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06089 | Bernard Levitt v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03565 |
| Teresa Barber v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20276 | Harold Lewis v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20220 |
| Jerrie Bardwell v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20012 | Robin Lewis v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05610 |
| Barbara Barker v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20194 | Terrence Ley v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04861 |
| Carolyn Barnes v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20120 | Coralee Linder v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01389 |
| John Barrett v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20146 | Mary Linn v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20141 |
| Delilah Basquez v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04696 | Jane Linsley v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05163 |
| Mitchel Bass v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20060 | Deborah Lipscomb v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04145 |
| Rod Batchelor v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03316 | Linda Little (formerly Linda Friguglietti) v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04677 |
| Wilma Batten v. Merck & Co., Inc., et al., Civil Action No. 2:22-cv-20000 | Michael Little v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01670 |
| Robert Bauer, Individually and as Legal Representative of the Estate of Katherine Bauer v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-04544 | Claire Livingston v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03346 |

Susan Beach v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03036

Rebecca Bean v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01779

Helen Beaty v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04038

Patsy Beaver v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20125

Janet Bektashi v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20099

Vincent Belardo v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04390

Mary Ann Bell v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04331

Vickie Bell v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20081

Jerry Bennett v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01960

Stephen Bera v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01732

Nancy Berger v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-06118

Jerome Berkowitz v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20188

Cynthia Llinas v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20155

Delilah Lloyd v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20233

Nina Locicero-Scala v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03941

Scarlett Lockhart v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03629

Nancy Lockwood v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02862

Valeria Logan v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03942

Bernice Lommasson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-02843

Sharon Long v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-05026

Carmen Longoria v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03358

Pamela Looney v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00450

Josephine Loud v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20110

William Loughery v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20294

Joseph Bernet v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20189

Alfred Berry v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01529

Lacy Berry v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01043

Judy Bevilacqua v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04699

Frederick Bickleman v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20092

Sarah Bierbrodt v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04340

Charles Bird v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02751

Carolyn Birmantas v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20050

Robert Bishop v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02521

Catherine Bitterman v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01489

Mary Black v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01731

Susan Black v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02520

Elaine Luciano v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04600

Sally Lueck v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05166

Dewana Luengas v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05753

Paul Lupo v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20112

Deborah Lusk v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20206

Larry Luttrell v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05646

Susan Luxenburg v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01731

Roger Lyddon v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20094

Joseph Lyons v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03945

Ronald Lyons v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00005

Maryann Macaluso v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05301

Robert Mack v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03234

| | |
|---|---|
| Earl Blackstock v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20056 | Suzanne Mackler v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02464 |
| Dianne Blaine v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00206 | Sylvia Madden v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03733 |
| Kathy Blankenship v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-20027 | Jim Maddox v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01561 |
| Wanda Blevins v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04816 | Moses Maestas v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05621 |
| James Blocher v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20057 | Sherry Magee v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00670 |
| Karen Bloodsworth v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00234 | Stephen Maher v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00571 |
| Randall Bloodworth v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-02307 | Antonino Maida v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-06194 |
| Ronald Bonini v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-05491 | William Maine v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04680 |
| Adrienne Booker v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20085 | Pamela Malachin v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02977 |
| Roscoe Boose v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20103 | Ernest Malizia v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20235 |
| Janet Bothwell v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01521 | Edith Malloy v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03810 |
| Jay Bowersox v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04784 | Dale Malone v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05147 |

Alvin Bowler v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03336

Eileen Bowman v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20015

Cindy Box v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20162

Charles Boyer v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20163

Robert Bozzomo v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06578

Elaine Braginton v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20053

Edna Brasier v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20028

Margaret Bratina v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20158

David Bray v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04926

Jeanette Breland v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20198

Kay Bridgham v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03783

Deborah Brinkmann v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04927

Terry Malovich v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-20013

Linda Malzahn v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02989

Loran Manes v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01192

Alberta Mann v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03958

Ramona Mansker v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-20014

Vickie Marcum v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04139

Steven Marks v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20113

Ramonda Marling and Mischelle Williams, as Co-Executrixs for the Estate of John Marling (deceased) v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01483

Ann Marmoraine v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03355

Tedi Charla Marsh v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01490

Evelyn Marshall v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03141

| | |
|---|---|
| Desirea Brisbon v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00624 | Richard James Marshall v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03706 |
| Duane Britton v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04851 | Thomas Martel v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-00875 |
| Linda Brodeske v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20045 | Gerald Martin v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-02234 |
| Michael Bronner v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00603 | Patrick Martin v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03684 |
| Paula Brooks v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20029 | Reta Martin v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03800 |
| Ann Broughton v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20020 | Tony Martinez v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00231 |
| Robbie Broussard v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20277 | Wanda Martinez v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20156 |
| Frances Brown v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05645 | Vicky Mashburn v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04596 |
| Mark Brown v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04635 | Margaret Mason v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02258 |
| Nancy Brown v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20078 | Joanne Masterson v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02552 |
| Peggy Brown v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20040 | Robert Masucci v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20001 |
| Paulette Browne v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00041 | Joyce Mathis v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01094 |

Elfriede Bruce v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-02271

Pamela Matthis v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02248

Teresa Brumbaugh v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20147

Diane Maurer v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03178

Georgiann Brumfield v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20044

Joyce Mayberry v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20232

Carolyn Bryant v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20078

Robert Mayberry v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-02040

Pearl Bryant v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03948

Mylene Mayes v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03285

Vicki Bryant v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01688

William Mazzei v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05057

David Bryne v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03950

Cheryl McBroom v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03400

John Buist v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03775

Patricia McCargar v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04406

Jolayne Burch v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20111

Johnny McClain v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00032

Karen Burke v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03872

Karla McClain v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05669

Cynthia Burks v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01663

James McClelland v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20026

Katherine Burley v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00644

Karen McCloskey v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20018

Edward Burnett v. Merck & Co.,
Inc., et al., Civil Action No.
2:22-cv-00758

Marquis Burnett v. Merck &
Co., Inc., et al., Civil
Action No. 2:21-cv-20030

Kittie Burnworth v. Merck &
Co., Inc., et al., Civil
Action No. 2:21-cv-02493

Brenda Burton v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-20082

Jerroldine Burton v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-02650

Nancy Burton v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-03264

Karn Busch v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-05652

Andrew Bush v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-03489

Jimmie Buster v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-05205

Shirley Butler v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-20131

Deborah Buys v. Merck & Co.,
Inc., et al., Civil Action No.
2:22-cv-00915

Sherron Byars v. Merck & Co.,
Inc., et al., Civil Action No.
2:22-cv-00760

Betty McComic v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-04575

Patricia McConnell v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-01237

Pola McCorkle v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-20093

Louise McCowan v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-20021

Peggy McCoy v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-05536

Donald McCullough v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-20145

Ginger McDaniel v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-01674

Gwendolyn McDaniel v. Merck &
Co., Inc., et al., Civil
Action No. 2:21-cv-20083

Richard McDonald v. Merck &
Co., Inc., et al., Civil
Action No. 2:18-cv-20240

William Battle McDonald, Sr.
v. Merck & Co., Inc., et al.,
Civil Action No. 2:20-cv-
03028

Evelyn McFall v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-20330

Ernest Byrd v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04224

Kelly Byrnes v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20253

Joyce Cager v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04603

James Caggiano v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01825

Brenda Cagle v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20104

Clarence Cain v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20060

Shirley Caldwell v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20252

Cynthia Calhoun v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01524

Gail Callahan v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05040

Gayleen Callahan v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-02084

Barbara Callow v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03779

James Michael Calt v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20177

Marjorie McGaha v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20089

Cindy McGhehey v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-03916

Ulysses McGill v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03894

Garry McGinnis v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04841

Roxanne McGowan v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20084

Vicki McGowan v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03344

Kelly McGraw-Martino v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05651

Cynthia McKenna v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03469

Patricia McKown v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20271

Catherine McLaughlin v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05699

Debbera McLaughlin v. Merck & Co., Inc., et al., Civil Action No. 2:22-cv-00172

James McLaughlin v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05547

Kathleen Calvert v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20019

Venus Calvert v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20245

Judy Cameruca v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00588

Carolyn Campbell v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01475

Cecil Campbell v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20162

Patti Campbell v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20069

Rosella Campbell v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03875

John Cannon v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01525

Deborah Caracci v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05695

Wynnette Card v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06093

Joshua A. Carey, Individually and as Personal Representative for the Estate of Marietta Patricia Carey v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01522

Carolyn McLendon v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04806

Stephen W. McNair v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05982

Rosemary McNally v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05513

Janet McNeil v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03370

Marian McRae v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20001

Jacqueline McRight v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05426

Michelle McRight v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20319

Donna McRobbie v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00022

Darrell McSwain v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00218

Helaine Meadows v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05873

Pedro Rivera Melendez v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20011

Carolyn Mello v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20114

| | |
|---|---|
| Patricia Carlson v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20102 | Robert Melton v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-02628 |
| Joel Carpenter v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20167 | Betty Melucci v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20019 |
| Bobby Carr v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20221 | Valerie Menzies v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04505 |
| Reecie Carter v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20203 | Susan Reed Merrill v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01187 |
| Shirley Cartright v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20065 | Robbie Merritt v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04720 |
| Baby Cartwright v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01528 | Alice Michael v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05161 |
| Dennis Carver v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00760 | Yvonne Michelson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05636 |
| Rosemarie Case v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20191 | Robert Mickells v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00047 |
| Leslie Cash v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02811 | Lindia Middleton v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00319 |
| Robyn Suhlman Individually and as Proposed Administrator for the Estate of Dorothy Cassidy v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01521 | Joyce Midkiff v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00049 |
| Larry Cassidy v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20041 | Debra Mihalsky v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20099 |
| | Bonnie Miller v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05397 |

Juan Castro v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01516

Brenda Cavanaugh v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20323

Edward Cederberg v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20073

Debra Cellmer v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01792

Brian Chambers v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05679

Estella Chambers v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20211

Sherman Chambers v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02155

Mark Charles v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03793

Joyce Chicora v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20161

Christina Christopher v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05290

Kathleen Cirillo v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20061

Gary Clark v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05132

James Miller v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00681

Janice Miller v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20119

Margaret Ann Miller v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04334

Marilyn Miller v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20095

Paul Miller v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00596

Rose Mills v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03349

Clara Mitchell v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00040

Laska Moak v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-05651

Grant Mobley v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20076

Suzanne Moderhak v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05621

Paulette Moe v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01614

Rosalind Mohamed v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20116

| | |
|---|---|
| Shirley Clark v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20047 | Deborah Monnier v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03953 |
| Patricia Cleveland v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04433 | Barbara Moore v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05555 |
| Lawrence Cleveringa v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20156 | Donna Moore v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01231 |
| Stanley Cline v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00265 | Nancy Moore v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02824 |
| Willie Clinton v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20044 | Pamela Moore v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03371 |
| Larry Clonch v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02277 | Wayne Moore v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20090 |
| Carol Cocciolone v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06052 | Elina Morales v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20034 |
| Laura Cochran v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20271 | Rosaline Moran v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04041 |
| Monique Cochran v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20163 | Debra Moreno v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20212 |
| Florence Cody v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01175 | Kathleen Morgan v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00284 |
| Robert Coffey v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20131 | Lorna Moro v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03900 |
| Janice Cogar v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01534 | Diane Morris v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04692 |

| | |
|---|---|
| Eleanor Cohen v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20246 | John Morris v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20274 |
| Patrice Colamesta v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20111 | Judith Morris v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20275 |
| Carolyn Cole v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20134 | Nancy Morrow v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01562 |
| Paul A. Cole Jr. v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04584 | Jean Morse v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20130 |
| Mary Coleman v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-06193 | Ricky Moses v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20095 |
| David Collier v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20086 | Rhoda Moziy v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20278 |
| Connie Collins v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-02071 | Judith Mulhair v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20080 |
| Wilma Collins v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20093 | Fannie Mundy v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20234 |
| Jo Ann Colombe v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00333 | Linda Munger v. Merck & Co., Inc., et al., Civil ActionNo. 2:18-cv-20282 |
| Kaye Colon v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01830 | Bonnie Murray v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05625 |
| Juan Colon-Valdez v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03211 | James Myers v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03020 |
| Elaine A. Colvin v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06054 | Susan Mynatt v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00698 |

| | |
|---|---|
| Ellen Conner v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03045 | Jacquelyn Nash v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20288 |
| Martha Conrad v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05201 | Ernestine Natoli v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20040 |
| Michael Contos v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04309 | Rhoda Neft v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20320 |
| Ann Conzelman v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05274 | Arlene Nelson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05164 |
| Carol Cook v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01535 | Nora Nelson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04419 |
| Donna Cook v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00336 | Phyllis Nelson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20104 |
| Elijah Cooper v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20306 | Ulysses Nelson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03034 |
| Freda Cooper v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20072 | Grace Nero v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01143 |
| Patricia Cooper v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01536 | Imogene Newbrey v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20101 |
| Andy Cooperman v. Merck & Co., Inc., et al., Civil Action No. 2:22-cv-00759 | Judy Newell v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20175 |
| Emily Cornelison v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03334 | David Newton v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05499 |
| Robert Cornelius v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04583 | Sharon Nicoll v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03791 |

| | |
|---|---|
| Susan Cottrill v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04506 | Kathleen Niemic v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20191 |
| Deborah Courtney v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05305 | Kerstin Nierenz v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04206 |
| Charles G. Covington v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03375 | Bernice Niesporek v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20128 |
| Jerry Cowan v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01379 | Carl Ninaus v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20272 |
| Steven Cox v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00437 | Kathleen Noel v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04380 |
| Carolyn Crawford v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04815 | Jose Nunez v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00543 |
| Leroy Crawley v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-00016 | Helen Oatney v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03588 |
| Tracy Cremer v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01537 | Linda Odess v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20211 |
| Anthony Cretacci v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20302 | Cindy Oetting v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-06103 |
| Gloria Crevier v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20248 | Diane Ofner v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20064 |
| Scott Criddle v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01538 | Peggy Oiiler v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01687 |
| Judith Critz v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01546 | Margaret Olson v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-02211 |

Salvatore Croce v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20252

Julie Cross v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04504

Minnie Cross v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20196

Yvonne Cross v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03350

Wanda Crouse v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01539

Teresa Cunnington v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-05277

Hiram Curtis v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20021

Patricia Cutillo v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20197

Sandra Cutshaw v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05858

Katherine Daigle v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03351

Stephen Daigle v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-02841

Patricia D'Amico v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01540

David Oremus v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20021

Nancy Orth v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20291

Richard Ortiz v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20008

Lisa Osborn v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04570

Janet O'Shea v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20077

Sharon Ostrowski v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04639

Cathy D. Ott v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03817

Mary Outlaw v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20172

Bernard Packard v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01427

Julian Padgette v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-06101

Rosa Pagan v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20272

Patrick Papas v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20276

| | |
|---|---|
| Eleanor Darney v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-00473 | Barbara Ann Parker v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01118 |
| Sherry Darwin v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04854 | Susan Parker v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01941 |
| Billie Davidson v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20070 | Sheila Parnther v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01491 |
| Michael Davies v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03325 | Shawn Parrish v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04578 |
| Claudia Davis v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06133 | Jeanette B. Partain v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02831 |
| Elnora David v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01644 | Barbara Passarelli v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20094 |
| Frances Davis v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20222 | Mavis Patterson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20284 |
| Lee Davis v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04638 | Linda Patton v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20288 |
| Marcella Davis v. Merck & Co., Inc., et al., Civil Action No. 2:22-cv-01219 | Wanda Pauling v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01482 |
| Lawrence Dawes v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04593 | Claretha Paulk v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04579 |
| Alberto De La Pena v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04266 | Constance Payne v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04312 |
| James R. Deam v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05612 | Martha Peace v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20098 |

| | |
|---|---|
| Elizabeth Deaton v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01188 | Shari Pearce v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00579 |
| Diana Deats-O'Reilly v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05862 | Marian Pechon v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20160 |
| Irma DeClue v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20021 | Lenda Pendleton v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20070 |
| Connie Delk v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20062 | Deborah Perkins v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00002 |
| Margherita DeLustro v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20079 | Ignace Perrin v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20190 |
| Esther Dengler v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01098 | Marvin Peterke v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20110 |
| Rebecca Dennett v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04571 | Judith Peters v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20284 |
| James Dennis v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20106 | Mertes Peterson v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01164 |
| Jean Detlaff v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04594 | Claudia Petrello v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01876 |
| Ronald Detonnancourt v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04655 | Janice Peyton v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-00944 |
| Harriet Devan v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20302 | Ngocmy Pham v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01565 |
| Victor Diaz v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03489 | Mary Phipps v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00654 |

Sandra Dick v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20268

Clarence Dicken v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-20017

Wayne Dickerson v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20294

Anthony DiClemente v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05180

Richard Dingledy v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01676

Peggy Diss v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20074

Elaine Dittman v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20312

George Dodd v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06355

Donna Dodge v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20055

Melanie Dodge v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02060

Michael Dolenic v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20092

Thomas Dominski Sr. v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03947

Patricia Pierce v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03284

Kelly Pierga Individually and as Personal Representative of the Estate of Patricia Pierga v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20092

Leslie A. Pingel v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03902

William Pinkstaff v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20036

Mary Pizzica v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02343

Andrea Plechavicius v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01190

Thomas Polidori v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03707

Maureen Pons v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20290

Earl Poplars v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20068

Limon Poppell v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20204

Donna Porche v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00532

| | |
|---|---|
| Mary Donaldson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03777 | Jo Anna Porter v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05664 |
| Patricia Donnelly v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20018 | Lorraine Powell v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03398 |
| Kay S. Dorance v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00587 | Sheila Powell v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00593 |
| Dennis Dorgan v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-05678 | Julia Prahin v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03850 |
| Mary Douglas v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20281 | Lillie Pratt v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20051 |
| Valdemarest Drake-Taylor v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00590 | Donna Preloger v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04615 |
| Myron Dudenbostel v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20303 | Carolyn E. Prentis v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20111 |
| Sally Duff v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05637 | Brenda Prichard v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20117 |
| George Durbin v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04586 | Sheila Prigmore v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03380 |
| Wynn Duvernay v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20036 | Ann Proctor v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-06100 |
| Jesse Dyer v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06478 | Karen Prorok v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03353 |
| Willard Dyess v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20238 | Hassie Pryor v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20100 |

| | |
|---|---|
| Maudie Eads v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20079 | Shelly Pryor v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-02132 |
| Jane D. Earley v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03352 | Edward Quagliata v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20179 |
| Peggy Easley v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00605 | Linda K. Quincy v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04339 |
| Gloria Eaton v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20128 | Helen Radel v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01820 |
| Margaret Edel v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04310 | Ralph Raiford v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20201 |
| Shara Edwards v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20098 | Dora Randall v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03345 |
| Diane Eisentrager v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00148 | Roger Randall v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00591 |
| Gary Elder v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00148 | Margaret Rankin v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03387 |
| Michael Ellis v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02120 | Sharon Rankins v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03653 |
| Janet Elton v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00052 | Steven Rapetti v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04856 |
| Mary Louise Emery v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06106 | Marsha Rapp v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04381 |
| Judith Endresen-Worthy v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20025 | Kenneth Rasmussen v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20066 |

| | |
|---|---|
| Joseph Engolia v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20167 | Sharon Rasnake v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-20031 |
| Robert Enright v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05595 | Marc Rawitt v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20135 |
| Hugo Enriquez v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04678 | Barbara Rawls v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04244 |
| Rosemarie Ephlin v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-00150 | James Redden v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20146 |
| Nadine Erhart v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04881 | Adrian Reed v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03342 |
| Sarah Erkins v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20217 | Clarice Reed v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-02830 |
| Cecilia Espinoza v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20287 | Fransca Reesen v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03035 |
| Dorothy Esquilin v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20063 | Sandra Reeves v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04307 |
| Kaye Estes v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04416 | Ronald Regan v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03898 |
| Shirley Eubanks v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04605 | Philip Reina v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20048 |
| Darlene Evans v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20113 | Susan Reinhart v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03530 |
| Jennie Werner Evans v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01745 | Leonard Reiss v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20010 |

| | |
|---|---|
| Martha Everts v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20049 | Sondra Reiss v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20293 |
| Patricia H. Ezell v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05630 | Mark Rennix v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00007 |
| Diane Fair v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04332 | Darla Rhodes v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05648 |
| Bobbie Farley v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03801 | Mark Rhodes v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04824 |
| James Farmer v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05616 | Robert Richins v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01086 |
| Richard Farmiglietti v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03803 | Suzan Riddell v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03907 |
| Larry Farrington v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20037 | Christine Rider v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01174 |
| Janet Feasel v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04042 | Irene Rill v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01038 |
| Lillian Feinberg v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02214 | Carmen Rivera v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04576 |
| Jackie Feist v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-20018 | Terry Robbins v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01568 |
| John Fening v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04274 | Charlotte Roberts v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03509 |
| Debra Ferguson v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06171 | Diana Roberts v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20095 |

| | |
|---|---|
| Lillie Ferguson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04572 | Kenneth Gary Roberts v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02708 |
| Marilyn Ferguson v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-20019 | Laurann Robertson v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03473 |
| Thomas Ferrerio v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03394 | Linda G. Robertson v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04781 |
| Norma Fields v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20200 | Catherine Robinson v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04864 |
| Marilyn Fierro v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01673 | Sandra Robinson v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04313 |
| Virginia Fifield v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01752 | Ruth Ester Rocha v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04520 |
| Adamilta Figueroa-Lerner v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20257 | Victor Rodriguez v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01528 |
| Gwyn Fish v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01544 | Nancy Rogauskas v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-20025 |
| Judy Fisher v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20168 | Donna Rogers v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05911 |
| Terri Fithen v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04048 | Joyce Ronemous v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03033 |
| Carol Fitzgerald v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-02087 | Dolores Rorech v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20295 |
| Norma J. Fleming v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04809 | Elizabeth Rork v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04061 |

| | |
|---|---|
| Bonnie Florentine v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03532 | Wanda Rosales v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20339 |
| Susan Flynn v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20123 | Jerry Neal Rose v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-05188 |
| David Fontaine v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20216 | Joan Ross v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03795 |
| Susan Fontenot v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06549 | Deborah Ross-Cole v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03360 |
| Phyllis Ford v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20079 | Janice Rounsville v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02914 |
| Darleen Foreman v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20052 | Marjorie Rowley v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04880 |
| Shirley Francis v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04253 | Ardene Royster v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03997 |
| Linda Franklin v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04517 | Marilyn Rubin v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05916 |
| Carol Franson v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20080 | Clifton Rucker v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20321 |
| Barbara Franzier v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04029 | Juan Ruiz v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20060 |
| Joyce Freeman v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05452 | Linda Russ v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20243 |
| Patty Freeman v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03510 | Rachel Ryles v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20081 |

| | |
|---|---|
| Catherine Friend v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20097 | Cecilia Sackett v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01307 |
| Nancy Fritts v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20099 | Dorothy Safalow v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03157 |
| Minerva Frye v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20026 | Yvonne Saleme v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20297 |
| Alma Fuller v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02662 | Linda Salisbury v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04701 |
| Barbara Fuller v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04182 | Gale Saltzgiver v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01100 |
| Sue Fuller v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01545 | Joy Sample v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04681 |
| James Gallagher v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20228 | Aida Samson v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05787 |
| Judith Gallagher v. Merck & Co., Inc., et al., Civil Action No. 2:22-cv-00461 | Lana Sandahl v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03402 |
| Stephen Gallo v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03974 | Amy Sandberg v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01236 |
| Donald Galloway v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20258 | Jacob Sande v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20068 |
| Dianne Gamble v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01981 | Carolyn Sanner v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20183 |
| Consuelo Garcia v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-05279 | Gail Santoro v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20209 |

Lucinda Garcia v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03524

Jeane Garcia-Dorenne v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05628

Sheryl Gardner v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20210

Joan Garrett v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20013

Barbara Garrison v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05116

Tim Gartland v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20164

Steven Garton v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01166

Randy P. Gaspard as Executor of the Estate of Pierre L. Gaspard, deceased v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv- 20033

Raymond Gaud v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04125

Janice Gautreaux v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05170

Joanna Gee v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02187

Gerald Sarnello v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-00320

Kathleen Sauer v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01616

Bruce Edward Schaefer v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-05547

Carol Schasel v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20298

Eleanor Schaul v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01571

Carolyn Schnickel v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00511

Ruth Schmidli v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20169

Paul Schmidt v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06370

Garry Schuemann v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20201

Joyce Schulte v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03472

Gloria Schultz v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20239

Lorene Schumacher v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03335

| | |
|---|---|
| Mark Geisheker v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20042 | Frederick Schunck v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03369 |
| Alice Generally v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20037 | Elaine Schwartz v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20014 |
| Shirley George v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00814 | Adrian Scott v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04321 |
| Jean Ann Gering v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01969 | Hattie Scott v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01092 |
| Ingrid Gerlach v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-20007 | Lynne Scott v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01641 |
| Beverly Gers v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03348 | Susan Scott v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03408 |
| Myra Gibson v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03554 | William Scott v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00607 |
| Eileen Giddings v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01523 | Sheri Scudder v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01572 |
| Lawrence Giuliano v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01116 | Robert Seabrooks v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20303 |
| Judy Gladney v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01520 | George Seale v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05689 |
| Elizabeth Gladue v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04272 | Inez Jean Seals v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01292 |
| Howard Glassco v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20065 | Mary Sebastiani v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00033 |

Thomas Gleason v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20139

Robert Glover v. Merck & Co., Inc., et al., Civil Action No. 2:22-cv-00761

Raymond Goad v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20189

Jimmy Godwin v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04922

Joann Martin Godwin v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05169

Nona Godwin v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20264

Deborah Gordon v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04671

Stephen Earl Gorman v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02216

Tammy Gose v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01205

Philip Grace v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20031

Marion Graham v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20133

Sue Grams v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00643

Susan Sebilian v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02908

Margaret Secor v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02129

Steven Seefeldt v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02408

Helena Seigman v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20035

Perry Sells v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20077

Candace Sentell v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01850

Levina Serrano v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00575

Emanuel Seyfert v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02284

Karney Seymour v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20195

Diane Shapuras v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01574

Sheila Shea v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20281

Erica Sheid v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20277

Ruth Granillo v. Merck & Co.,
Inc., et al.,
Civil Action No. 2:20-cv-01547

Peggy Shell v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20085

Tommy Grantham v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-05551

Dolores Shemes v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-00753

Joyce Grasby v. Merck & Co.,
Inc., et al.,
Civil Action No. 2:18-cv-20260

Lessie Shepard v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-04581

Thomas Graybeal v. Merck &
Co., Inc., et al.,
Civil Action No. 2:20-cv-06425

Rachel Sheppo v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-03913

Connie Grayson v. Merck & Co.,
Inc., et al.,
Civil Action No. 2:19-cv-03399

Char Sheridan v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-01575

Rosemarie Greb v. Merck & Co.,
Inc., et al.,
Civil Action No. 2:20-cv-01688

Tony Shobert v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-04780

Charles T. Green v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-05652

Carol Short v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-00003

Terrance Green v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-04198

James Short v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-04686

Jane Greenawalt v. Merck &
Co., Inc., et al., Civil
Action No. 2:18-cv-20054

Gloria Shy v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-20280

Harriet Greenburg v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-04814

Joyce Sievers v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-00545

Janice Greene v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20071

Jack Signorelli v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-01185

Mildred Greenwell v. Merck &
Co., Inc., et al., Civil
Action No. 2:21-cv-20057

Kathryn Sikkila v. Merck &
Co., Inc., et al., Civil
Action No. 2:21-cv-00324

| | |
|---|---|
| Ethel M. Greer v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03039 | Frank Simmons v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20112 |
| Ouida Gregory v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-20033 | Theora Simmons v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04013 |
| Judith Grenier v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20010 | Peter Skumanich v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20286 |
| Pamela Gresham v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05155 | Paulann Slater v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01692 |
| Linda Griffin v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04187 | Betina Sluss v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03363 |
| Robert Griffin v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20072 | David Smiddy v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03602 |
| Debbie Griffith v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-02494 | Connie Smith v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02126 |
| Weldon Griffith v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04031 | Derek Smith v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20165 |
| Burleigh Grimes v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20091 | Donevon Smith v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01739 |
| Beverly Grondin v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01609 | Jerry Smith v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20048 |
| Elizabeth Guberud v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20041 | Leroy Smith v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20116 |
| Debbie Guerrero v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20261 | Margaret Smith v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-00872 |

| | |
|---|---|
| Leisa Guiliano v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04998 | Peggy Smith v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05574 |
| Anita Guillotel v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04819 | Rhonda Smith v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04519 |
| Ronald Guse v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20096 | Ronni Kessler Smith v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04866 |
| Georgia Gustafson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03388 | Sheila Smith v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03809 |
| Delsie Gutierrez v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01486 | Suzanne Smith v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01333 |
| Mary Lou Hagan as Executrix of the Estate of William Hagan v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01549 | Thomas Smithson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20059 |
| Roxanne Haines v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03401 | Janis Smoot, Individually and as the Personal Representative of the Estate of Ernest Smoot v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05856 |
| Arlene L. Halfon v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20105 | Judith Snyder v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20273 |
| Deborah Hall v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04679 | Malinda Snyder v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-05027 |
| Ellen Hall v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03253 | William Spathelf v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20251 |
| Patricia Hall v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01550 | Sandra Speer v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04624 |

Regina Hall v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04589

Wenda L. Hall v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04185

Joann Hallahan. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02752

Deborah Halle v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03282

Roland Halle v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20129

Anna Hallmark v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20053

Wilma Joann Hamilton v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-05245

Ruth Hammer v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01656

Elton F. Hammond, III v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05875

Audrey Hancock v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20205

Gary Hanna v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20174

Raymond Hannan v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05160

Janice Spillers v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20204

Estelle Spritzer v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06062

Christine Squires v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01500

Rick Stamps v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04826

Carolyn Stanley v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01578

Ron Stansbarger v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04582

Cheryl Stark v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01146

Joyce Stedman v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20013

Susan Steig v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03531

Leah Steinberg v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03785

Rhonda Steinlauf v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20327

Judith Stevenson v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03149

| | |
|---|---|
| Lora Hanson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01518 | Barbara Stewart v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04208 |
| Sam M. Hanson v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20042 | Georgia Stewart v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20117 |
| Lewis Harper v. Merck & Co., Inc., et al., Civil Action No 2:19-cv-20088 | Rhonda Stigall v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03548 |
| Cindy Harris v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04813 | James Stiles v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20059 |
| Linda Watkins Harris v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05296 | Karen Stiner v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03403 |
| Joyce Hart v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01675 | Susan Stockers v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01567 |
| Rebecca Hart v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03386 | Seth Stockholm v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20043 |
| Shirley Hartert v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20073 | Barbara Stone v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-04542 |
| Caroline Hatfield v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02899 | Darlene Stone v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02333 |
| Shirley Hatten v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01651 | Jeff Stone v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00236 |
| Karen Haugen v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04544 | Jessie Stone v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01087 |
| Leon Hayes v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00595 | Patrick Stone v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03893 |

| | |
|---|---|
| Carole B. Hays v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03468 | John Stopyra v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04034 |
| Charlotte Hedlund v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01844 | Carol Storey v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04814 |
| Miles Heitzenrater v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-02844 | Joseph Strahan v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20333 |
| Joyce Helman v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20263 | Chrissy Street v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-02665 |
| Nancy Helmbrecht v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03283 | Mary Strickland v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-05535 |
| Betty Helton v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20292 | Elizabeth Stripling v. Merck & Co., Inc., et al., Civil Action No. 2:22-cv-01223 |
| Debi Henderson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05741 | Sharon Strohecker v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06511 |
| Joseph Henderson v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04674 | Nancy Strong v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00237 |
| Rodger Henderson v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20066 | Robert Sullivan v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-20026 |
| James F. Hendricks v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20185 | Leo Summermatter v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20234 |
| Robert Henneberry v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20208 | Linda Sunderland v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01696 |
| Paul Leon Henry v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02498 | Amerigo Suriani v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00042 |

Robert R. Hergan v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20109

Maria Hernandez v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04580

Brenda Herrin v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03937

Tony Herring v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03542

Stuart Hersh v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04199

Barbara Hession v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20219

Gladys Heys v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04378

Jonathan Lee Hickey v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03738

Edna Higgins v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20335

Howard R. Hill v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20286

Marilyn Hill v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04896

Patricia Hill v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-05596

Paul Suszko v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01446

Joanne Suzio v. Merck & Co., Inc., et al., Civil Action No. 2:22-cv-00534

Mary Swalley v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05860

Joe Sykes v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20034

Annette Talley v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01615

Wilbert Talmadge v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-00692

Donald Tangredi v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04147

Anthony Tankxley v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20071

Michele Tanner v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03348

Dolores Taylor v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20025

Myra Taylor v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02950

Linda Temple v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05531

Robert Hill v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-01551

Ronald Hill v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-04588

Wanda Sue Hill v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-03354

David Himmerich v. Merck &
Co., Inc., et al., Civil
Action No. 2:22-cv-00701

Patricia Hinckley v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-04200

Dickey Hines v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-04858

Ann Hixson v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-20230

Juanita Hobbs v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-00054

Teresa Hobbs v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-00582

Elsie Hodupp v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-03283

Nancy Hoenig v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-02735

Nellie Hoff v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-06503

Ora Terrell v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-03377

Jeanneen Terry v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-20106

Kathleen Teti v. Merck & Co.,
Inc., et al., Civil Action No.
5:20-cv-03926

Marilyn Tharp v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20115

Shirley Tharp v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-04210

Bernie Thomas v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-00297

James E. Thomas v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-00435

Marcia Thomas v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-05539

Teola Thomas v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-20066

Gail Thompson v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-01176

JoLynne Thompson v. Merck &
Co., Inc., et al., Civil
Action No. 2:21-cv-05208

Linda Thompson v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20224

Helen Hoffman v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20180

Sandra Hoffman v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01881

Dolores Holland v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20123

Joanne Holland v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01527

Tracy Holloway v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-06126

Herbert F. Holmes, Jr. v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02523

Nathaniel Holmes v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20197

Madelyn Holt v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05647

Stephen Hopkins v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20264

Robert Hopper v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20103

Annette Horner v. Merck & Co., Inc., et al., Civil Action No. 5:21-cv-00473

Gordon Horton v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03328

Mary Thompson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03382

Cynthia Tobias v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03383

Dale Todd v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06134

Robert Tokar v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-02478

Thomas Tomlinson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01305

Beverly Hilt Tortora v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03385

Ella Townsell v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20015

Laurier Trahan v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20222

Sandra Trapnese v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20064

Palma Treschan v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20143

Sarah Trevino v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20195

Carole Triplett v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20144

Walter Houston v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20074

Brenda Howard v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20121

Sherri Forrestall and Terri Blackman, as surviving children of Darlene Howard, deceased v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-02902

Juliette Howard v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05944

Grace Howe v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04621

Jacquelyn Huff v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03797

Sandra Hughes v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03035

Mackie J. Humphries v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01631

Mary A. Huneycutt v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04818

Jessica J. Hurt v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05158

Howard Hutchison v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05168

Nancy Trout v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-02076

Kathleen Trudeau v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03349

Charles Turnbull v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20203

Lewis Turner v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-05470

Ouida Turner v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05536

Debra Vandiver v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02876

Patricia VanHoose v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20058

Beulah Vanmeter v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20052

Patricia Vasicek v. Merck & Co., Inc., et al., Civil Action No. 2:22-cv-00466

Victoria Vaughn v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-00749

Elsa Vega v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20220

Betty Verhulst v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00581

| | |
|---|---|
| Linda Huter v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20067 | Joanne Vickers v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20207 |
| Glenda Inman v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-00747 | Sylvia Videkovich v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01220 |
| Maryann Intagliata v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20182 | Barbara Viglienvone v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20225 |
| Glenn Irwin v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04550 | Thomas Vlcek v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01426 |
| John Irwin v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02229 | Kristi Vollmer v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00602 |
| Nathan Ivory v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20033 | Catherine Wade v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20219 |
| Harvey Jackson v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-05588 | Joyce Wade v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05750 |
| Janet Jackson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20242 | Evelyn Wagner v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20218 |
| Nora Jackson v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03435 | Linda S. Wagner v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02058 |
| Shirley Jackson v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20247 | Stephen Scott Waite v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03732 |
| Kenneth Jacobson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20258 | Mary Waldroup v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20056 |
| Linda Jacobson v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05926 | Candace Wallace v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04315 |

| | |
|---|---|
| Judith James v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05687 | Joe Wallace v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20058 |
| Richard James v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04115 | Michele Waller v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03683 |
| Sharon James v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00413 | Dennis Walsh v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20097 |
| Cynthia Jamison v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20027 | Julius Waltzer v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20078 |
| Joanne Januzzi v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02692 | Marilyn Wanda v. Merck & Co., Inc., et al., Civil Action No. 2:22-cv-00477 |
| Benjamin Jarrard v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05643 | Marjie Warner v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04220 |
| Linda Jefferson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20337 | Arnette S. Washington v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20022 |
| Gene Jeffery v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04587 | Serena Washington v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03805 |
| Betty Jenkins v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05383 | Edward Waszak v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20265 |
| Debra Jennings v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00592 | Martha Watson v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20136 |
| Peggy Jensen v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01181 | Linda Weicht v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05690 |
| Robert Jensen v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03381 | Ann Weiler v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02742 |

| | |
|---|---|
| Damaris Jimenez v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20268 | Sandra Wein v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04270 |
| Catherine Johnson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20300 | Nellie Wells v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00035 |
| Joseph Johnson v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-02937 | Deborah Welton v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00016 |
| Sherry Johnson v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02220 | Janet Welty v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20262 |
| Tamera Johnson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20282 | Rosalie Wenckoski v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20096 |
| Yolanda Johnson v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05696 | Eron West v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20259 |
| Bonnie Johnson-Fisk v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04569 | Joyce White v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03393 |
| Douglas Johnston v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20065 | Steve White v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02949 |
| Barbara Jones v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02784 | Tavia Whitehead v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20096 |
| Ed Jones v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04145 | Dorothy Whitten v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20290 |
| Ethel Jones v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03619 | Jacqueline Wilkins v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04825 |
| Mike Jones v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20269 | David Williams v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20084 |

| | |
|---|---|
| Dona Jones-Lane v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20050 | James I. Williams, Jr. v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20022 |
| Janet Jordan v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01711 | Raymond Wilson v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04828 |
| Michael Jukofsky v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05293 | Judy Wise v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01585 |
| Margaret Kachinski v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01407 | Linda L. Wolfstone v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04271 |
| Clarence Kaestner v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01665 | Charlotte Wood v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-00796 |
| Fred Kaiser v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20088 | Hugh Wood v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00328 |
| Nancy Kaiser v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00038 | Gary Woodruff v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01137 |
| Theodore Kalata v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03251 | Jean Wright v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20181 |
| Barbara Kane v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-4916 | Jonathan Wright v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05933 |
| Fred Kaplan v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02716 | Marian Wright v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20119 |
| Jeanette Karadimos v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20098 | Olynda Wylie v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20138 |
| Davida Karp v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02124 | Laura Yarnell v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20110 |

| | |
|---|---|
| Larry Kassen v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20214 | Joseph Yepez v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20145 |
| Mary Kearney v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03516 | Wanda Yoachim v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03162 |
| Michael Keba v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01337 | Judy D. Yorio v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06298 |
| Theresa Keel v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01633 | Jeannette Young v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01202 |
| Gerald Keesler v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03939 | Victoria Young v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05846 |
| Judy Kellar v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02463 | Kathleen Youngman v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03372 |
| Thomas Kellner v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00011 | Mary Zaccanelli v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20045 |
| Dale Kellogg v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-00004 | Ursula L. Zahnleiter v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03652 |
| Joye Kelly v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20012 | Mary Zeigenfuss v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05160 |
| Jeanette Keltz v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04123 | Josi Zendzian v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01515 |
| Inez Kenison v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03404 | Thomas Zentack v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20332 |
| Thomas Kennedy v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01042 | Patricia Zerfing v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01586 |

| | |
|---|---|
| Koval Kenneth v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01195 | Judi Ziebart v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01201 |
| Melissa Kent v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20011 | Robert Ziebell v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00598 |
| Barbara Kerrigan v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20225 | Felip Zielinski v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20177 |
| William Zurn v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20181 | Tim Zike v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20091 |